I dissent because I conclude that the trial court made an equitable division of property. The parties presented conflicting evidence as to the value of much of the marital property that the trial court awarded the husband. The husband testified that the value of his business was $150,000, while the wife testified that it was worth $350,000. The husband testified that the 8.5 acres was worth $17,000, and the wife testified that it was worth $68,000. The husband testified that the 1955 Chevrolet was worth $10,000, and the wife testified it was worth $18,000. The husband testified that the cemetery lots were worth $1,000, and the wife testified that they were worth $4,000. The trial court was within its wide discretion to believe the husband's valuation testimony rather than the wife's testimony. Using the husband's valuation testimony, both parties received over $200,000 in assets. Furthermore, the trial court ordered the husband to pay significantly more of the marital debt than it ordered the wife to pay.